OPINION — AG — ** VOCATIONAL EDUCATION TEACHERS — COMPENSATION ** VOCATIONAL EDUCATION TEACHERS WHO TEACH AN ADDITIONAL TWO MONTHS IN THE SUMMER ARE ENTITLED TO RECEIVE THE SAME MONTHLY SALARY FOR SUCH ADDITIONAL MONTHS AS IS RECEIVED DURING THE SCHOOL YEAR FOR PERFORMING REGULAR TEACHING DUTIES. (SALARIES, CREDIT, EXPERIENCE, QUALIFICATION, BASE SALARY) CITE: 70 O.S. 18-109 [70-18-109], 70 O.S. 18-114 [70-18-114] (JOE C. LOCKHART) ** SEE: OPINION NO. 74-239 (1974) ** ** SEE: OPINION NO. 74-240 (1974) ** ** SEE: OPINION NO. 74-240 (1974) **